Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 1**

IMAGININGS 3 INC.

                              **Plaintiff,**

     **v.**

**UNITED STATES,**

                              **Defendant.**

**S U M M O N S**

**Court No.**  21-00403

**TO:**     The Attorney General and the Secretary of Homeland Security:

          **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



                              **/s/ Mario Toscano**
                              Clerk of the Court

### PROTEST

| Port(s) of Entry: | Chicago, Illinois - 3901 | Center (if known): |
|---|---|---|
| Protest Number: | See Attached Schedule | Date Protest Filed: See Attached Schedule |
| Importer: | Imaginings 3 Inc. | Date Protest Denied: See Attached Schedule |
| Category of Merchandise: | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See | Attached | Schedule | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Patrick D. Gill / pgill@strtrade.com
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue - Suite 1805-06
New York, NY 10017/ 212-549-0156

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Lip Pops Mini Lip Pops | 1704.90.3550/ 9903.88.03, HTSUS | 5.6% + 10% or 25% | 9503.00.0073 or 9505.90.6000, HTSUS | Free Free |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |

| The issue which was common to all such denied protests: |
|---|
| Whether the subject merchandise is classifiable as a toy or festive item, free of duty or as a sugar confectionary and subject to assessment of additional Section 301duties under list 3. Furthermore, even if classifiable under 1704.90.3550, HTSUS, the asement under 9903.88.03, HTSUS, is illegal, null and void. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Patrick D. Gill
*Signature of Plaintiff's Attorney*

08/12/2021
*Date*

Chicago, Illinois – 3901

**SCHEDULE OF PROTESTS**

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 3901-20-117048 | 08/10/2020 | 2/10/2021 | FT970052138 | 5/13/2019 | 2/14/2020 |
| 3901-20-117048 | 08/10/2020 | 2/10/2021 | FT970064497 | 12/21/2019 | 2/14/2020 |
| 3901-20-117048 | 08/10/2020 | 2/10/2021 | MA702289228 | 5/2/2019 | 2/14/2020 |
| 3901-20-117048 | 08/10/2020 | 2/10/2021 | MA702284740 | 1/21/2019 | 2/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | 9HJ01466815 | 05/08/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | 9HJ01477317 | 05/23/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | 9HJ01546749 | 08/16/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | 9HJ01550576 | 08/26/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | 9HJ01561193 | 09/12/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | 9HJ01561201 | 09/12/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970052740 | 06/11/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970053383 | 06/14/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970053771 | 07/01/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970054035 | 06/16/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970054043 | 06/16/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970054050 | 06/16/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970054126 | 06/11/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970054258 | 07/09/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970054365 | 06/14/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970054571 | 07/15/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970055016 | 07/24/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970055099 | 07/01/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970055107 | 07/01/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970055511 | 07/29/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970055826 | 08/05/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970055834 | 08/06/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970055842 | 08/05/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970055859 | 08/05/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970055990 | 07/15/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970056220 | 08/13/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970056873 | 08/21/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970057053 | 07/29/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970057574 | 09/06/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970057640 | 09/05/2019 | 02/14/2020 |

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970057715 | 08/13/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970057939 | 09/09/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970058135 | 08/21/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970058960 | 09/05/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970059042 | 09/30/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970059166 | 09/06/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970059448 | 10/07/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970060313 | 09/30/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970060396 | 09/30/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970060404 | 09/30/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970060735 | 10/07/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970060917 | 11/05/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970060941 | 10/11/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970060958 | 10/11/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970061337 | 11/12/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970061501 | 10/22/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970061519 | 10/22/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970061527 | 10/22/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970061634 | 11/15/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970062285 | 11/05/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970062293 | 11/05/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970062368 | 12/02/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970062897 | 11/15/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970063135 | 12/17/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970063556 | 12/02/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970063572 | 12/02/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970064026 | 12/15/2019 | 02/21/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | FT970064505 | 12/24/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | MA702289186 | 05/02/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | MA702289194 | 05/02/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | MA702289244 | 05/02/2019 | 04/17/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | MA702296421 | 10/24/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | MA702297197 | 11/19/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | MA702297924 | 12/06/2019 | 02/14/2020 |
| 3901-20-117047 | 08/10/2020 | 5/20/2021 | MA702298443 | 12/20/2019 | 02/14/2020 |